IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KATHLEEN KLAR,**

    Plaintiff,

v.                                                                                 No. 14-cv-0581 SMV/KK

**MY EBAY STORE ORLANDO, LLC,**

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff has failed to take any steps to prosecute her claims for more than 90 days, or since June 8, 2014. *See* [Doc. 5] (return of service reflecting that Defendant was served on June 8, 2014). Accordingly, Plaintiff must show good cause within 30 days why her claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move her case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **December 1, 2014**, why her claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**